UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 11-386 (MJD)

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                    **ORDER TO SEAL**

OKWUCHUKWU EMMANUEL
JIDOEFOR,
        Defendant,

This matter is before the Court on the parties' motions to seal. Based on all the records, files, and proceedings in this case, the Court finds that good cause exists to allow the requests.

Accordingly, IT IS HEREBY ORDERED that the Defendant's motion to seal [Docket No. 55] is **GRANTED** and the Government's motion to seal document [Docket No. 56] is **GRANTED**.

Dated: March 5, 2015        s/ Michael J. Davis
                                                Michael J. Davis
                                                Chief Judge
                                                United States District Court