UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED BY MAIL
JUN 28 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

United States of America
                                      Plaintiff,
V

Okwuchukwu Emmanuel Jideofor
                                      Defendant

Crim No. 11-CR-386-(MJD)

SCANNED
JUN 29 2021
U.S. DISTRICT COURT ST. PAUL

Rule 45(c)(2)
Fed. R Civ P

DEFENDANT'S MOTION FOR GOVERNMENT and Agencies DISCLOSURE Produce Records Compel and a subpoena and For Sanction

Defendant Okwuchukwu Emmanuel Jideofor moves the Court for an order requiring the government to the following information.

The following records and documents, source of inform

① Interviews, Proffers, and communications of Okwuchukwu Jideofor 5/7/84 with or United States Attorney's office and Agencies, U.S. Secret Service Agent(s)/Internal Revenue Service Agent United States Postal Inspection Agent(s) Immigration Customs and Enforcement Agent Minnesota financial Crimes Task Force Agent(s) Minnesota Department of Public Safety and Drivers Vehicle Services (DVS) (DEA) Sheriff's Deputy and Mpls Police Departments Department of Justice Law Enforcement Agency, Field manager GS-14 Federal Prosecuting office, Chief Federal

(2) Notes, Reports of Investigations, memoranda, letters, movement/transfer documents Per day Financial documents of Payments (including requests, photograph and any audio or video recording Search warrant affidavit any and Surveillance Video, Title III Wiretaps authorized or utilized in the investigation concerning Okwuchukwu E Jidoefor (DOB 5/7/1984) From December 9 2009 through February 2014

(3) Defendant's motion to compel seeks an order requiring Government and Agencies to produce for his inspection all material identified by the subpoena not Compel and Undercover Surveillance, audio records and Videotapes of Okwuchukwu Jidoefor. With Agent

(4) To disclosed many as ten Proffer Interviews With the government.

(5) To disclosed Surveillance in the area Foot traffic in the area and locations, Cell Phone or GPS Agencies Were tracking, Investigators Located.

(6) To disclosed all data of Okwuchukwu E Jidoefor 5/7/84 any all activity that ie databases including but not limited to. Federal, State, or local Law

(7) To disclosed Search warrant affidavits or NCIC arrest, extradition Filed December-2009- 2014 any issuing District.

(8) To disclosure Produce Records Confidential Informant Review Committee or (CIRC) investigative information relating to electronic surveillance, search warr

(9) To disclosure order See 28 C.F.R. §§ 16.21 - 16.29 and Reports or Written Initial Suitability Report and Recommendation and (II)(A)(1) (IV)(B)(2) (II)(A)(3)(a)

(10) To disclosure Produce Records (CI) 10-1301 Okwuchukwu Jideofor 5/7/84 Consensual monitored and Recorded Undercover Meeting or authorized to engage or activity (III)(C)(4)

(11) To disclosure Produce Records (CI) 10-1301 Okwuchukwu Jideofor 5/7/84 participants in the witness security Program authorization.

(12) To disclosure Produce Records Probation, Supervise release official Joic Kvern and Quintin Billingsley authority or permission and documented in the (CI) 10-1301 Okwuchukwu Jideofor 5/7/84 Files.

(13) To disclosure Produce Records Communication with USSS/MNFCTF/ from 2014 - 2016 any Federal State, or local Law Enforcement agency

(15) To disclosure Produce Records engage in any business or Financial transactions with a (CI) 10-13-01 Okwuchukwu Jideofor 5/7/84 authorized/approval

(16) All copies record whether Federal, State or local Documentation of payments receiving sign or initial and date a written receipt - Information, Services, or expenses. Payment of monies to the (CI) 10-1301 Okwuchukwu Jidoefor 5/7/84 (III)(B)(3)-(5)

(17) To discovery all the names and addresses of Participate in an act designed to obtain information For the FPD would be unlawful and authorize a (CI) 10-1301 Okwuchukwu Jidoefor and conducted by a law enforcement agent (e.g breaking and entering, illegal Wiretapping, illegal opening or tampering with the mail, or trespass amounting to an illegal Search). active.

(18) To discovery all the (CI) 10-1301 is authorized to engage in Tier 1 or 2 Otherwise Illegal Activity all copies records Reports Written authorization described above and illegal activity.

(19) To discovery all (CI) 10-1301 Electronic Surveillance Application and affidavit in support of an application 18 U.S.C § 2516 (III)(D)(1) application and the Court to.

(20) To discovery all notification of investigation or Prosecution of the (CI) 10-1301 Okwuchukwu E Jidoefor 5/7/84

(21) discovery any and all documentary, all statements, obtained Senior Field manager, age JLEA, FPD, (CI) Files.

The EXHIBITS TO This MOTION ARE NUMBERED STARTING B1 Ending AT B9

Okwudwkwu E Jidoefor

13880 Business Center Dr Suite 200
Elk River MN 55330
June 18 2021