EXHIBITS B1

Freedom of Information Act/Privacy Act - Request

To: EXECUTIVE OFFICE FOR
U.S. ATTORNEYS ASSISTANT
DIRECTOR FOIA/PRIVACY ACT UNIT
DEPARTMENT OF JUSTICE
175 N. STREET, N.E. SUITE 5.400
WASHINGTON, DC 20530

Date: January 18th, 2021 — ②

RECEIVED
BY MAIL
JUN 28 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Dear sir or madam,

Please take notice, this is a request under the Freedom of Information Act (FOIA) (5 U.S.C. § 552); Privacy Act (PA) (5 U.S.C. § 552a); and any other law that may be relevant.

Please forward to all departments if necessary, that are relevant to the request. If you refuse or do not provide all of the information, data, and/or any other records in your possession, within indices or that of the various departments and entities you provide records/info to and receive from, further legal action may be taken.

This request is for the personal/individual use of all data within your databases (i.e. databases including but not limited to: public, confidential, government, not public, nonpublic, private, protected nonpublic, databases and the like.), publications, transcripts, chronicles, manifestos, newspapers, indices, recordings, citations, reports, statements, and/or records of any type whatsoever, past or present you possess including but not limited to recordings memorandums, writings, entry, print, representation or combination thereof, of any act, transaction, occurrence, or event and whatever other information you possess, regarding the below named.

I am the Person/Individual or I represent the Person making the request for the records/data. This request is to obtain copies of ALL data and information that is, but not limited to: Confidential data on the Person/Individual, Government data on the Person/Individual, Not Public data on the Person/Individual, Nonpublic data on the Person/Individual, Private data on the Individual/Person, Protected Nonpublic Data on/about the Individual/Person, Public data on/about the Individual/Person, and any other data, identification data, records, documents, information etc. about/on/regarding the Person/Individual, including any memorandum, writing, entry, print, representation or combination thereof, of any act, transaction, occurrence, or event regarding the Person/Individual listed below

Please search ALL requested above and indices, records, systems and any other files or otherwise, for the information responsive to this request related to the name(s) **OKWUCHUKWU E. JIDEOFOR** and/or any variation in the spelling or compilation thereof, with a supposed date of birth

Jidoefor. Dr.

SCANNED
JUN 29 2021
U.S. DISTRICT COURT ST. PAUL

Page 1 of 2

CASE 0:11-cr-00386-MJD Doc. 116 Filed 06/28/21 Page 2 of 9

EXHIBITS B2

RECEIVED
BY MAIL
JUN 28 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Freedom of Information Act/Privacy Act - Request

of 05/07/1984. The record request is for the **United States Attorney Office for the District of MINNESOTA with an address of 600 United States Courthouse, 300 South Fourth Street, Minneapolis MN 55415.**

Date range of request is from: **January 1st, 2003** to the Present Day of **January 18th, 2021**...

I am wiling to pay for this request if needed, however, my resources are limited and a waiver of fees is in the best interest of the parties. If your entity budget will not allow for the prepayment or waiver of the request and of such fees, please provide me with an invoice of the sufficient charges along with the copies of my requested data/records/information etc. via USB Flash drive, CD, or another means of sufficiency, within 10 business days of this request, and I will return sufficient value for the records/data/info after receiving them.

Pursuant to your organizations policy, the FOIA/Privacy Act, I am entitled to the Records prior to being billed for those records, or I am entitled to an itemized cost for the compilation of those records to be sent with the requested data, or an explanation of reasons why your organization will not provide those records before billing.

Please return requested information and records within 10 business days from the date this request is received by your office, or via postmarked date, to the address listed below. If more time is needed, you may request a court of competent jurisdiction to obtain an order for such extension, or reply to this letter with sufficient information as to why your request should be granted.

I sincerely appreciate your assistance and time regarding this manner. Thank you so very much.

Respectfully,

I declare, certify, verify, and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that I am or represent the Juristic person to whom this request is from. Executed on this 18th day of January, 2021.

Signature  _____

Name:  Okwuchukwu E. Jideofor  — Jideofor
Address:  13880 Business Center Drive
Elk River, MN 55330

RECEIVED
BY MAIL
JUN 28 2021
CLERK, U.S. DISTRICT C...
ST. PAUL, MN



**U.S. Department of Justice**

Executive Office for United States Attorneys

---

Freedom of Information and Privacy Staff         Suite 5.400, 3CON Building         (202) 252-6020
                                                 175 N Street, NE                   FAX (202) 252-6048
                                                 Washington, DC 20530

May 17, 2021

VIA Mail

Okwuchukwu Jideofor
Sherburne County Jail
13880 Business Ctr Drive, NW
Elk River, MN 55330

Re: Request Number: EOUSA-2021-002088
Subject of Request: Self

Dear Okwuchukwu Jideofor:

This letter acknowledges receipt of your Freedom of Information Act/**Privacy Act** (FOIA) request in the Executive Office for United States Attorneys (EOUSA). Your request has been assigned the above tracking number. Please refer to this number in any future correspondence with this Office.

*Please be advised that due to necessary operational changes as a result of the national emergency concerning the novel coronavirus disease (COVID-19) outbreak, there may be some delay in the processing of your request.*

The records you seek require a search in one or more field offices and potentially involves voluminous records and/or requires consultation with another agency/component with a substantial interest in the subject-matter and therefore falls within "unusual circumstances." *See* 5 U.S.C.S § 552(a)(6)(B)(i)-(iii). Accordingly, we are extending the time limit to respond to our request beyond the ten additional days provided by the statute. The time needed to process your request will necessarily depend on the complexity of our records search and on the volume and complexity of any records located. For your information, this Office assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. Simple requests usually receive a response in approximately 30 business days, whereas complex requests necessarily take longer. At this time, your request has been assigned to the complex track.

CASE 0:11-cr-00386-MJD Doc. 116 Filed 06/28/21 Page 4 of 9

EXHIBITS B4

RECEIVED
BY MAIL
JUN 28 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Under FOIA and Department of Justice regulations you may be required to pay certain costs associated with processing your request, including, searching for, reviewing, and duplicating requested records. Consequently, you may incur those costs, unless you have requested and been granted a waiver or reduction in fees. If you have requested a fee waiver, we have not yet made a decision on your request. We will do so after we determine whether the processing of your request will result in any assessable fees. In most instances, the first 100 pages to duplicate and the first two hours to search for records responsive to your request, will be provided to you free of charge. If after making those allowances, we determine that the cost to process your request will amount to more than $25.00, we will notify you in writing at a later date.[1] Requests that are specific, concrete and of limited scope (in time and/or subject matter) generally enable us to respond to you more quickly and possibly assess lower fees. To avoid delay and reduce any potential fees, we respectfully request that you modify and narrow the scope of your request (*See* Attachment).

You may contact our FOIA Public Liaison at the Executive Office for United States Attorneys (EOUSA) for any further assistance and to discuss any aspect of your request. The contact information for EOUSA is 175 N Street, NE, Suite 5.400, Washington, DC 20530; telephone at 202-252-6020; or facsimile 202-252-6048. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Kevin Krebs
Assistant Director

Attachment

EXHIBITS BS

May 29, 2021

RECEIVED
BY MAIL

JUN 28 2021

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Kevin Krebs
Assistant Director
FOIA/PA Unit
Department of Justice
175 N. Street NE., Suite 5.400
Washington, DC 20530

Re: Request Number: EOUSA-2021-002088

Dear Mr. Krebs

I am writing to note that I have requested my data information from you numerous times. My first request was dated November 28, 2020, the second was dated December 04, 2020. However I have recently received a response from your office dated May 17, 2021 stating "there may be a delay in processing the request due to the excuse of COVID-19." I am curious when your office will actually fill my request. I do not believe there to be any law that governs such an excuse for the delay in processing the request. If there is please provide to me the Statute and the corresponding Regulation that allows your office to continue to neglect filling my request.

    I have continuously complied by the rules pertaining to this matter and I expect you to reasonably do the same. I have included all of the relevant information pertaining to my request for data including the District where my data is likely to be held. I have listed the address of United states Attorney Office for the District of MINNESOTA 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 on my request. The request was dated January 18th 2021. Please fill my request and in the interim I would the information requested above in regards to your excuse for delaying my request, i.e. statute and corresponding regulation that permits you to delay this request. Thank you so very much. I look forward to your reply.

Sincerely

Okwuchukwu Jidoefor
13880 Business Center Drive.
Elk River, MN 55330

EXHIBITS B6



**U.S. Department of Justice**

Executive Office for United States Attorneys

---

Freedom of Information and Privacy Staff　　　Suite 5.400, 3CON Building　　　(202) 252-6020
　　　　　　　　　　　　　　　　　　　　　　175 N Street, NE　　　　　　　　FAX (202) 252-6048
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20530

June 15, 2021

VIA Mail

Okwuchukwu Jideofor
Sherburne County Jail
13880 Business Ctr Drive, NW
Elk River, MN 55330

RECEIVED
BY MAIL

JUN 28 2021

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

　　Re: Request Number　　EOUSA-2021-002088
　　Date of Receipt:　　　 May 12, 2021
　　Subject of Request:　　All data and information regarding self from USAO/MN

Dear Okwuchukwu Jideofor:

　　Your request for records under the Freedom of Information Act/Privacy Act has been processed. This letter constitutes a reply from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys' Office.

　　To provide you with the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes. The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act. 28 CFR § 16.81. We have also processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you. All records are being withheld in full pursuant to exemption b7A.

　　This is the final action on this above-numbered request. If you are not satisfied with my response to your request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530 or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's
website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

　　You may contact our FOIA Public Liaison at the Executive Office for United States Attorneys (EOUSA) for any further assistance and to discuss any aspect of your request. The contact information for EOUSA is 175 N Street, NE, Suite 5.400, Washington, DC 20530;

EXHIBITS B-7

telephone at 202-252-6020; or facsimile 202-252-6048. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Kevin Krebs
Assistant Director

Enclosure(s)

RECEIVED
BY MAIL

JUN 28 2021

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN



U.S. Department of Justice

Criminal Division

RECEIVED
BY MAIL

JUN 28 2021

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Office of Enforcement Operations     Washington, D.C. 20530

**VIA U.S. Mail**                    January 29, 2021

Mr. Okwuchukwu Jideofor
Sherburne County Jail
13880 Business Center Drive NW        Request No. CRM-301613628
Elk River, MN  55330                  Subject: Yourself

Dear Mr. Jideofor:

  This acknowledges receipt of your Freedom of Information Act/Privacy Act (FOIA/PA) request dated November 28, 2020 seeking records maintained by the Criminal Division. It was received in this Office on January 13, 2021. The request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request.

  ☒  **Verification Necessary.** You have requested records pertaining to yourself. Therefore, you will need to verify your identity as required by Department regulation 28 C.F.R. § 16.41(d) (2018). Specifically, if you would like this Office to process your request and search for responsive records, you will need to either (1) return a completed Certification of Identity form to this Office, or (2) provide a statement notarized or under penalty of perjury pursuant to 28 U.S.C. § 1746, indicating your full name, place of birth, date of birth, and current address. The enclosed DOJ-361 form may be used to satisfy this requirement. Please execute this document and return it to this Office. A Certification of Identity form is also available online at http://www.justice.gov/oip/doj-reference-guide-attachment-d-copies-forms.

  ☒  **Clarification Necessary.**  A proper FOIA/PA request must reasonably describe the records sought, and must be made in accordance with Department regulations. See 5 U.S.C. § 552(a)(3)(A). The Criminal Division's records about individuals are customarily maintained by the subject of the investigation or prosecution within various sub-offices. Requests must describe the records in sufficient detail in order to enable Criminal Division personnel to locate the records with a reasonable amount of effort. See 28 C.F.R. § 16.3(b). To locate records concerning your criminal case, you must include the title of the case, the court in which the case was filed, and the nature of the case. See 28 C.F.R. §§ 16.3(b) & 16.41(b). To the extent that you have additional information about a specific investigation or prosecution, we ask that you provide it to this Office.

  Upon receipt of additional information, this Office will advise you whether your request constitutes a proper FOIA/PA request. Please direct your correspondence to the Chief, FOIA/PA Unit, Criminal Division, U.S. Department of Justice, Keeney Building, Room 803, NW, Washington, DC 20530 or via email at crm.foia@usdoj.gov. If this Office does not receive your response within 30 days from the date of this letter, we will assume you are no longer interested

in this FOIA request, and the case will be administratively closed. This is not a denial of your request and will not preclude you from filing other requests in the future.

You may contact our FOIA Public Liaison at (202) 616-0307 for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

FOIA/PA Unit
Criminal Division
U.S. Department of Justice

RECEIVED
BY MAIL

JUN 28 2021

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Enclosure