UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Crim No 11-cr-386(MJD)

United States of America
            Plaintiff

vs

Okwuchukwu E Jidoefor
            Defendant

This motion is based upon all files, records and proceedings here. The Okwuchukwu E Jidoefor requesting access to the following Transcripts record(s) - 02/10/2012 (MJD) Complete Transcript and 9/4/2012 (MJD) Complete Transcript 11/10/2014 (JSM) Complete Transcript 01/13/2015 Complete Transcript 5/13/2015 Complete Transcript Court Reporter Lori Simpson. 9/14/2017 Complet Transcript (TNL) - 08/6/2020 Complete Transcript (JTH) Initial Appearance and Complet Appointin Attorney 08/6/2020 (JTH) and Order Notice to Attorney 08/07/2020 - I am requesting copies of any and all Transcript and orders.

Date June 18 2021

Respectfully submitted
Okwuchukwu E Jidoefor
12880 Business Center DR
Suite 200
Elk River, MN 55330