1

|   |                         UNITED STATES DISTRICT COURT
 1 |                           DISTRICT OF MINNESOTA
 2 | ------------------------------------------------------------
 3 |                                    )
   | United States of America,          )  File No. 11-CR-386
 4 |                                    )         (MJD)
   |        Plaintiff,                  )
 5 |                                    )
   | vs.                                )  Minneapolis, Minnesota
 6 |                                    )  May 13, 2015
   | Okwuchukwu Emmanuel Jidoefor,      )  10:40 a.m.
 7 |                                    )
   |        Defendant.                  )
 8 |                                    )
   | ------------------------------------------------------------
 9 |
   |              BEFORE THE HONORABLE MICHAEL J. DAVIS
10 |               UNITED STATES DISTRICT COURT JUDGE
   |
11 |                  **(FINAL REVOCATION HEARING)**
   |
12 |
   | **APPEARANCES:**
13 |  For the Plaintiff:         U.S. Attorney's Office
   |                             LOLA VELAZQUEZ-AGUILU, AUSA
14 |                             600 U.S. Courthouse
   |                             300 South Fourth Street
15 |                             Minneapolis, Minnesota 55415
   |
16 |  For the Defendant:         CAROLINE DURHAM, ESQ.
   |                             Suite 7243
17 |                             1072 West Peachtree Street
   |                             Atlanta, Georgia 30357
18 |
   |  Court Reporter:            LORI A. SIMPSON, RMR-CRR
19 |                             Suite 146
   |                             316 North Robert Street
20 |                             St. Paul, Minnesota 55101
21 |
22 |
23 |
24 |
   |      Proceedings reported by court reporter; transcript
25 |  produced by computer.

                      LORI A. SIMPSON, RMR-CRR
                           (651) 848-1225

**P R O C E E D I N G S**

**IN OPEN COURT**

(Defendant present)

THE COURT: Let's call this matter.

COURTROOM DEPUTY: The United States of America vs. Okwuchukwu Emmanuel Jidoefor, Criminal Case Number 11-CR-386.

Counsel, please state your appearances for the record.

MS. VELAZQUEZ-AGUILU: Good morning, Your Honor. Lola Velazquez-Aguilu for the United States.

THE COURT: Good morning.

MS. DURHAM: Good morning, Your Honor. Caroline Durham on behalf of Mr. Jidoefor, who is at counsel table.

THE COURT: Good morning. Step forward. This is a continued hearing; is that correct?

MS. DURHAM: Yes, Your Honor.

THE COURT: What is your pleasure? Where are we on this?

MS. DURHAM: At our last hearing, Your Honor, Mr. Jidoefor admitted to violating the conditions of his supervision, to include failure to maintain contact with his probation officer, failure to notify his probation officer before moving, and failure to communicate with probation before opening new lines of credit. We are prepared to move

forward to the question of whether the Court will revoke him --

THE COURT: All right.

MS. DURHAM: -- and what the consequence might be.

THE COURT: You may be heard.

MS. DURHAM: Thank you, Your Honor.

To supplement what has been provided to the Court in writing and at the last hearing, we would ask that the Court find that it's a Grade C violation.

And recognizing the complexities that caused the continuance and the complexities that get Mr. Jidoefor here, we're asking that you not revoke, but do impose essentially a six-month time in custody. He has served that time. He's been in custody since November 6th.

In addition to the explanation provided for what occurred to get him back in front of you, the time that he served in that six months has been challenging in large part because two of the co-defendants on the associated case were at Sherburne County and he got labeled a snitch. He spent much of his time in segregation. He had threats and violence that he had to deal with. And ultimately, with the assistance of the U.S. Attorney's Office, he was moved to Anoka County in this six-month period.

We have had extensive conversations about his supervision and what it means. Every probationer who comes

1  before you has been told their obligations.  The background,
2  again, complex and layered.  In my conversations with
3  Mr. Jidoefor, there's an understanding that, for a variety
4  of reasons, was not there before.  He understands that there
5  is a responsibility to you, a responsibility to probation,
6  but he also understands that beyond that responsibility,
7  it's a resource for him.
8      He's got to get his financial life on track.  He's
9  got a home to go to.  He's got an immigration lawyer who is
10 fighting the issue with regard to deportation.  He has a
11 hearing tomorrow that will first determine whether they are
12 allowed to re-open a case that came about because of a
13 lawyer that was representing him previously, who was also
14 representing co-defendants in this case, didn't tell him
15 about a court appearance.  So he's getting back on track.
16     The six months that he has served, I would submit,
17 was, in fact, in the grand scheme of things, greater than
18 six months.
19     So, Your Honor, with all the information that you
20 have before you, we're asking that he be released today and
21 reinstated on supervision so that he can go forward and be
22 productive, as he desires to be.
23     THE COURT:  What's the language I use if I'm not
24 going to revoke him?  Don't I revoke him and then give him
25 just time served?

1     MS. DURHAM: That's probably the simplest way,
2  Your Honor.
3     THE COURT: Okay. Sir, anything that you wish to
4  say to me at this time?
5     THE DEFENDANT: I want to say I'm sorry. I'm
6  really deep down in my heart, I'm sorry. This time around,
7  my time and all my energy to devote on you. Any time that
8  my PO call me, I'm going to be there. Any time that -- I'm
9  sorry for one more chance.
10    THE COURT: Anything for the government?
11    MS. VELAZQUEZ-AGUILU: No, Your Honor.
12    THE COURT: The Court finds that the defendant is
13 in violation of his conditions of supervised release, and
14 the Court will revoke his supervised release and sentence
15 the defendant to time served, following by supervision until
16 original expiration date of September 3, 2017.
17    Additionally, the following condition is added:
18 The defendant is prohibited from owning and operating a
19 business or otherwise being self-employed during the term of
20 supervision unless he receives approval from the probation
21 officer.
22    All right?
23    MS. DURHAM: Yes, Your Honor. Thank you.
24    THE COURT: Good luck, sir.
25    THE DEFENDANT: Thank you very much, sir.

1     (Court adjourned at 10:45 a.m.)
2
3
4     I, Lori A. Simpson, certify that the foregoing is a
5  correct transcript from the record of proceedings in the
6  above-entitled matter.
7
8              Certified by:   *s/ Lori A. Simpson*
9                              Lori A. Simpson, RMR-CRR
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25